# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2015

## NO. 03-13-00391-CR

**Andria Stanley, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.